# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 157 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCUS TEAGUE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 158 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCUS TEAGUE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 159 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCUS TEAGUE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 160 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 161 EAL 2023

        Respondent

            Petition for Allowance of Appeal
from the Order of the Superior Court

        v.

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 162 EAL 2023

        Respondent

            Petition for Allowance of Appeal
from the Order of the Superior Court

        v.

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 163 EAL 2023

        Respondent

            Petition for Allowance of Appeal
from the Order of the Superior Court

        v.

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 164 EAL 2023

        Respondent

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| MARCUS TEAGUE, | : |  |
|  | : |  |
| Petitioner | : |  |

COMMONWEALTH OF PENNSYLVANIA, : No. 165 EAL 2023

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
MARCUS TEAGUE, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.

Justice McCaffery did not participate in the consideration or decision of this matter.